IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRYAN MENA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　　Defendants. | **ORDER**<br><br>Case No.  2:10CV65DAK |

　　　　On July 7, 2010, Defendant JP Morgan Chase Bank, N.A., filed a motion to dismiss. Because Plaintiff failed to respond to the motion, Defendant filed a notice to submit for decision. As of the date of this Order, Plaintiff has not opposed Defendant's motion to dismiss and there is no extension for responding.  Being fully informed and for good cause appearing, it is  HEREBY ORDERED that Defendant JP Morgan Chase's Motion to Dismiss is GRANTED.

　　　　DATED this 17th day of August, 2010.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE A. KIMBALL
　　　　　　　　　　　　　　　　　　　United States District Judge