Ryan West (Utah Bar #10398)
**Parson & West, P.C.**
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106
801.559.0020 (tel)
801.559.0021 (fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRYAN MENA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. F/K/A WASHINGTON MUTUAL BANK, KEY BANK, N.A., AND JOHN AND JANE DOES OF AN UNKNOWN NUMBER,<br><br>                    Defendants, | **NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**<br><br><br>Case No. 2:10-cv-00065<br><br>Judge Dale Kimball |

Ryan West, an attorney of record in this case hereby files his Notice of Withdrawal of Counsel of Record for Plaintiff Bryan Mena. In support thereof, Counsel respectfully shows the court the following:

Plaintiff remains represented by Jeremy Rogers. Therefore, there is good cause to permit Ryan West's withdrawal. .

DATED this 17th Day of November 2010

                                                                       */s/ Ryan West*
                                                                        Ryan West

1

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

   I hereby certify that on November 17, 2010, I caused a true and correct copy of the foregoing **"NOTICE OF WITHDRAWAL"** was electronically filed, using ECF Filing System, and delivered electronically via the ECF system to the below:

James D. Gilson (5472)
J. Tayler Fox (12092)
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
jgilson@cnmlaw.com

R. Stephen Marshall
111 East Broadway, Suite 900
Salt Lake City, Utah 84111
P.O. Box 4050
Salt Lake City, Utah 84110
smarshall@djplaw.com
cfrandsen@djplaw.com

Jeremy Rogers (Utah Bar No. 09731)
Attorney for Plaintiff
5416 South 550 East
Murray, Utah 84107
Telephone: 801-550-5097
Fax: 801-905-3051

                       /s/ Ryan West
                          Ryan West
                       *Attorney for Plaintiff*